"30's" refers to pills manufactured with fentanyl with markings consistent with prescription medications such as oxycodone.

68. On March 29, 2020, UCC-1 and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 03/29/20 | UCC-1 | You got the lil 10's? |
| 03/29/20 | UCC-1 | Aite bet |
| 03/29/20 | UCC-1 | Add 200 more 30 with everything else |
| 03/29/20 | OLIVER | 550<br>300<br>200<br>350 |
| 03/29/20 | OLIVER | That's right? |
| 03/29/20 | UCC-1 | 450-30<br>600-rp<br>250-yellow |

69. Through my knowledge of this investigation, during this exchange UCC-1 is asking about the availability of "10's." "10's" refers to pills with fentanyl with markings consistent with Oxycodone 10 mg pills. UCC-1 further orders "30", "rp", and "yellow" which refers to other pressed pills with markings consistent with oxycodone.

70. On July 27, 2020, UCC-1 and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 07/27/20 | UCC-1 | Aye my nigg I was tryna to get a real response from people but they not liking that joint idk what's wrong with it you think your mans will take it back? |
| 07/27/20 | OLIVER | Which 1 |
| 07/27/20 | OLIVER | The 200? |
| 07/27/20 | OLIVER | How much you putting on it |
| 07/27/20 | OLIVER | & are you doing it how I said with that sift thing? |
| 07/27/20 | OLIVER | That shit had me sick af |

27

| 07/27/20 | OLIVER | I think they are going off color or something |
|---|---|---|
| 07/27/20 | OLIVER | I aint' have no complaints this time |
| 07/27/20 | OLIVER | My other mans said he gonna be back with that old torch we use to get tomorrow |
| 07/27/20 | UCC-1 | Aite that's bet but I'm doing 20 on 30 |
| 07/27/20 | UCC-1 | You think that's too much? |
| 07/27/20 | OLIVER | Hell no that's not to much |
| 07/27/20 | OLIVER | Are you sifting it tho? |
| 07/27/20 | OLIVER | You can't just blend because it's not gonna get all the way through it |

71. Through my knowledge of this investigation, UCC-1 and OLIVER are discussing the manufacturing of pills with fentanyl and the use of a sifter to mix the ingredients. OLIVER also confirms that she was reconnecting with a previous supplier of fentanyl.

(ii) *UCC-1 iCloud messages with VENABLE*

72. On July 14, 2019, UCC-1 and VENABLE exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 07/14/19 | VENABLE | [image] |
| 07/14/19 | UCC-1 | Oh yeah I just picked the bread up imma hit you when I'm back on that side |

73. Through my knowledge of this investigation, along with my training and experience, the image sent by VENABLE is consistent with a kilogram of a controlled substance. "Bread" is common slang for money.

74. On July 15 and 16, 2019, UCC-1 and VENABLE exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 07/15/19 | UCC-1 | It a go! My folks fucking with it |
| 07/15/19 | VENABLE | What they say |
| 07/16/19 | UCC-1 | If my folks come get this joint I'll have one left |
| 07/16/19 | VENABLE | I need you to grab another one so I can show my peoples we can move it to keep the ball rolling |

75. Through my knowledge of this investigation, UCC-1 advised VENABLE that his customers liked the quality of the substance ("my folks fucking with it"). VENABLE tells UCC-1 that he wanted to purchase an additional "one," believed to refer to a kilogram.

(iii) *OLIVER iCloud Account*

76. The following table was found in the "Notes" section of an iCloud account associated with OLIVER:

| 18 | | Title: |
|---|---|---|
| | | Source: Apple iCloud Backup |
| | | Labels: |
| | | Body: 55-500<br>55-500<br><br>55-500<br>55-500<br><br>55-500 |

29

| | | |
|---|---|---|
| | | 55-500 |
| | | 55-500<br>55-500 |
| | | 55-500<br>55-500 |
| | | 55-500<br>55-500 |
| | | 55-500<br>55-500 |
| | | 55-500<br>55-500 |
| | | 55-500<br>55-500 |
| | | 55-500<br>55-500 |
| | | 1100<br>200<br>20<br>30 blue |
| | | 55-500<br>55-500 |
| | | 55-500<br>55-500 |
| | | 55-500<br>55-500 |
| | | 55-500<br>55-500 |
| | | 55-500<br>55-500 |
| | | 60 white<br>6.3-6.5 sauce<br>3 lac<br>3 decal<br>2.5 blue<br>3 micro |
| | | 55 white- 1100<br>3 lac- 60—<br>3 steric-60–<br>2.2 blue-44<br>3 micro-60— |
| | | 600<br>15-lac<br>15-mag<br>15-micro |

| | | | |
|---|---|---|---|
| | | Blue-22<br><br>600<br>30-lac<br>30-mag<br>30-micro<br>22-blue<br><br>330<br>18 lac<br>18 decal<br>13.2 b<br>18 micro<br><br>300<br>15-lac<br>25-micro<br>15-mag<br>11 blue<br>50<br><br>275<br>20micro<br>2.2 blue<br>57<br><br>825<br><br>1650<br>300<br><br>Parties:<br><br><br>Source file: 20383139_Production_2010300634.zip/ 20383139_Production_2010300634/APLiC000003_APPLE_CONFIDENTIAL/10071812631_270312/Notes/10071812631/270312/eoliver202@icloud.com-270312/Notes/B0213DA2-35B8-4C32-A77A-AD1CF82A05D4/B0213DA2-35B8-4C32-A77A-AD1CF82A05D4.txt : 0x0 (Size: 575 bytes) | |

| 20 | | Title:<br><br>Source: Apple iCloud Backup<br><br>Labels: | |

| | |
|---|---|
| | Body: 4-40<br>10-crystal<br>40-corn<br>40 caf<br><br>325 binder<br><br>Parties:<br><br>Source file:<br>20383139_Production_2010300634.zip/<br>20383139_Production_2010300634/APL<br>iC000003_APPLE_CONFIDENTIAL/100<br>71812631_270312/Notes/10071812631/<br>270312/eoliver202@icloud.com-<br>270312/Notes/EC648DCF-85C1-47A9-<br>B3B2-0D28685BD184/EC648DCF-<br>85C1-47A9-B3B2-0D28685BD184.txt<br>0x0 (Size: 42 bytes) |

77. Through my knowledge of this investigation, these notes are consistent with the production of pressed pills based on the conversion tables and the listing of precursor ingredients ("crystal", "corn", "caf", and "binder") and the corresponding proportions for each ingredient.

78. The following image was found stored in the OLIVER iCloud download and is dated June 2, 2020:

| DATE | IMAGE |
|---|---|
| 06/02/20 |  |

79. Through my knowledge of this investigation, this image is consistent with the information provided by CS-1 that, at his request, OLIVER removed approximately $330,000, from his residence on June 1, 2020 prior to the execution of a search warrant by law enforcement.

80. OLIVER's iCloud download also included other documents and images including a lease agreement for her previously mentioned relative's Fort Washington, Maryland residence, a copy of the criminal complaint and bond appeal for CS-1, and a late notice from the apartment in Arlington, Virginia in the same complex where CS-1 previously lived, which is known to be the current residence of VENABLE.

(iv) *VENABLE iCloud Account*

81. On March 26, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 03/26/19 | OLIVER | I sent 6k last time |
| 03/26/19 | OLIVER | Only made 2500 it wasn't worth the wait like shit |
| 03/26/19 | VENABLE | That niiga still aint' send them all |
| 03/26/19 | OLIVER | But if I want 1k he want all the $ upfront |
| 03/26/19 | OLIVER | Yes he owe |
| 03/26/19 | OLIVER | Well he said if I send 10k he would send 2k but I'm not sure if the offer still stand he acting like fag |
| 03/26/19 | OLIVER | I rather go get them @ this point for real |

82. Through my knowledge of this investigation, VENABLE and OLIVER talk about six thousand dollars ($6,000) being sent to purchase a controlled substance. OLIVER advised VENABLE that if she sent ten thousand dollars ($10,000) "he" (an unknown supplier) would send "2k" (2,000) pills.

83. On April 12, 2019, VENABLE and OLIVER exchanged the following messages:

33

| DATE | FROM | MESSAGE |
|---|---|---|
| 04/12/19 | OLIVER | & we might need to fuck with you ppls I'm tired of playing with this nigga |
| 04/12/19 | OLIVER | He holding up the $ |
| 04/12/19 | OLIVER | Do we gotta pay upfront out Phoenix? |
| 04/12/19 | VENABLE | He called early and was asking me when I was going to fly down |
| 04/12/19 | OLIVER | This point it's whatever |
| 04/12/19 | OLIVER | But we need to make sure they what they suppose to be |
| 04/12/19 | VENABLE | We get that shit right there when we pay |
| 04/12/19 | VENABLE | They goin have them ready for us |
| 04/12/19 | VENABLE | It's the same ones you be getting he sent me a pic |
| 04/12/19 | OLIVER | That don't mean nothing honestly |
| 04/12/19 | VENABLE | But I think they stronger |
| 04/12/19 | OLIVER | He said that? |
| 04/12/19 | OLIVER | They all gonna look the same pressed |
| 04/12/19 | VENABLE | [photograph of pills] |

84. Through my knowledge of this investigation, OLIVER and VENABLE are discussing the appearance and strength of pills they were planning to purchase. "Pressed" refers to the pills that are handmade as opposed to pharmaceutical grade.

85. On May 16, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 05/16/19 | OLIVER | He sending 2k |

| DATE | FROM | MESSAGE |
|---|---|---|
| 05/16/19 | OLIVER | Then another 2 |
| 05/16/19 | OLIVER | He claim 4K |
| 05/16/19 | VENABLE | When |
| 05/16/19 | OLIVER | Tomorrow 2k |
| 05/16/19 | VENABLE | He already sent it |
| 05/16/19 | OLIVER | Next 2 more |
| 05/16/19 | OLIVER | Yea |
| 05/16/19 | OLIVER | I got them info to see already |
| 05/16/19 | OLIVER | I can track already |
| 05/16/19 | OLIVER | Got em |
| 05/16/19 | OLIVER | & these join a lil darker this time also |
| 05/16/19 | VENABLE | Take a pic |
| 05/16/19 | OLIVER | Give me a second |
| 05/16/19 | OLIVER | [image of pills] |

86. Through my knowledge of this investigation, "2k" refers to two thousand (2,000) pills. OLIVER relates that pills were being shipped and she had a tracking number from the mailing service. They also discuss the appearance of the pills and the image is consistent with pills that were being obtained and further distributed by OLIVER and VENABLE.

87. On June 28, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|

35

| DATE | FROM | MESSAGE |
|---|---|---|
| 06/28/19 | VENABLE | I'm tripping like shit I gave u to much money |
| 06/28/19 | OLIVER | 660 plus 700 plus whatever the cut was |
| 06/28/19 | OLIVER | Plus 300 |
| 06/28/19 | VENABLE | I gave u to much |
| 06/28/19 | VENABLE | You at [CS-1] house |
| 06/28/19 | VENABLE | I gave u 2000 |
| 06/28/19 | OLIVER | Yea |
| 06/28/19 | OLIVER | No I'm not |
| 06/28/19 | OLIVER | He just called me & said it's big police around there |
| 06/28/19 | OLIVER | Be on alert |

88. Through my knowledge of the investigation, VENABLE gave OLIVER more money than what was owed for pills that he had received from her. VENABLE asks if OLIVER is at CS-1's residence during the conversation but she replies that she is not.

89. On July 3, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 07/03/19 | VENABLE | Wassup with them blues you put together for sparks |
| 07/03/19 | OLIVER | Gotta go grab something so I can do that I didn't have nomore |

90. Through my knowledge of the investigation, VENABLE is asking OLIVER about "blues" she manufactured for "Sparks." "Blues" refers to fentanyl pills that are blue in color and resemble Oxycontin pills and "Sparks" is a known nickname for UCC-1.

91. On August 11, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 08/11/19 | OLIVER | But I'm about to put that thing to use I brought real soon |
| 08/11/19 | OLIVER | So we can have our own shit I'm tired of playing |
| 08/11/19 | VENABLE | I'm mad I ain't got no money for mine |
| 08/11/19 | OLIVER | It's 3 more things I gotta grab |
| 08/11/19 | OLIVER | Then we good |

36

92. Through my knowledge of the investigation, OLIVER is referring her obtaining her own pill press to manufacture pills.

93. On September 1, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 09/01/19 | VENABLE | Call sparks |
| 09/01/19 | OLIVER | For what? |
| 09/01/19 | VENABLE | The machine |
| 09/01/19 | OLIVER | You ain't get it yet? |
| 09/01/19 | VENABLE | No |
| 09/01/19 | OLIVER | He a fuckin idiot |
| 09/01/19 | VENABLE | Who |
| 09/01/19 | OLIVER | Sparks |
| 09/01/19 | OLIVER | He could've brought the shit before he left he live across the street |

94. Through my knowledge of the investigation, VENABLE asked OLIVER to call UCC-1 to get access to the pill press.

95. Also on September 1, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 09/01/19 | OLIVER | [image] |
| 09/01/19 | OLIVER | Them will go? |
| 09/01/19 | OLIVER | Prolly need a better punch |
| 09/01/19 | OLIVER | But the color or |

37

| 09/01/19 | OLIVER | *on |
| --- | --- | --- |
| 09/01/19 | VENABLE | What a better stamp |
| 09/01/19 | OLIVER | Yea |
| 09/01/19 | VENABLE | All I want is my choker and watch I don't care bout shit else |
| 09/01/19 | OLIVER | I'm asking you about something you talking about a watch |
| 09/01/19 | VENABLE | The color is good boo |
| 09/01/19 | OLIVER | I got some shit 1 might be to weak 1 might be to strong |
| 09/01/19 | VENABLE | What u need me to do I just got in the house |
| 09/01/19 | OLIVER | What you mean? |
| 09/01/19 | VENABLE | You want me to get them check or what |
| 09/01/19 | OLIVER | Yea imma bring 5 with me |
| 09/01/19 | OLIVER | The joints I re did they said they good |

96. Through my knowledge of the investigation, OLIVER talks with VENABLE about buying a better "punch" to imprint the pills to make them look more like the real prescription medications.

97. On September 5, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
| --- | --- | --- |
| 09/05/19 | OLIVER | [image of pills] |
| 09/05/19 | OLIVER | They might be a lil bigger than normal but I can't tell because I don't have 1 |

38

| 09/05/19 | VENABLE | They look big |
|---|---|---|
| 09/05/19 | OLIVER | You asking or you telling me? |
| 09/05/19 | OLIVER | The M is off the M need to be smaller but this the only thing I got |
| 09/05/19 | OLIVER | Right now |
| 09/05/19 | VENABLE | I got one right here |
| 09/05/19 | OLIVER | Send me a pic |
| 09/05/19 | OLIVER | What I'm telling you tho is the M is already off |
| 09/05/19 | OLIVER | I have to get another dye punch so it can be smaller |
| 09/05/19 | VENABLE | [image of pill] |
| 09/05/19 | OLIVER | It's nothing I can do about that |
| 09/05/19 | OLIVER | It's the same M lol |
| 09/05/19 | OLIVER | I'm saying it's the same as the M I gave you the other day |
| 09/05/19 | OLIVER | I didn't change that |
| 09/05/19 | VENABLE | Oh ok |
| 09/05/19 | OLIVER | Just changed the size a Lil bit so it can press that M better |
| 09/05/19 | OLIVER | Because when they was thinner the M was looking like them 1s I gave you |
| 09/05/19 | VENABLE | Oh ok so what u need now |
| 09/05/19 | OLIVER | Nothing I'm doing it they will be ready I'm the morning |
| 09/05/19 | OLIVER | The 500 at least |
| 09/05/19 | VENABLE | Ok I can help if u want me to |
| 09/05/19 | VENABLE | We need 5000 |
| 09/05/19 | OLIVER | Oh trust me I know lol |
| 09/05/19 | OLIVER | I'm working like shit I been @ this all day smh |
| 09/05/19 | OLIVER | & I feel like I gotta throw up fuckin with this shich smh Lls |
| 09/05/19 | VENABLE | Put a damn mask on girl |
| 09/05/19 | OLIVER | It's my hands I got a mask |

98. Through my knowledge of the investigation, OLIVER sent images of pills that she manufactured and her and VENABLE are discussing the quality of the imprint of the letter "M."

39

OLIVER advises VENABLE that she had manufactured five hundred (500) pills and was feeling sick, most likely from exposure to fentanyl while pressing pills.

99.  On September 6, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 09/06/19 | OLIVER | Working on it |
| 09/06/19 | OLIVER | Color off |
| 09/06/19 | OLIVER | But they small |
| 09/06/19 | OLIVER | That 1 you gave me was 1 I did right? |
| 09/06/19 | OLIVER | [image] |
| 09/06/19 | VENABLE | I'm about to drop these joints off |
| 09/06/19 | VENABLE | I'm waiting on u |
| 09/06/19 | OLIVER | How about I Give you like 100 To see what they gonna say I don't even wanna waste my time If they don't like them if not then I'll wait til the other stuff come tomorrow |
| 09/06/19 | VENABLE | Ok |
| 09/06/19 | VENABLE | Long thy small and the stamp on them |
| 09/06/19 | VENABLE | Them other ones ain't come yet |
| 09/06/19 | OLIVER | [image] |
| 09/06/19 | OLIVER | Some a lil ashy because the shit keep getting tuck on it |

| 09/06/19 | VENABLE | How the size |
| --- | --- | --- |
| 09/06/19 | OLIVER | Size good |
| 09/06/19 | OLIVER | But some you can't see the M |
| 09/06/19 | OLIVER | I'm not even about to keep |
| 09/06/19 | VENABLE | What u want me to do |
| 09/06/19 | OLIVER | Honestly they just look old |
| 09/06/19 | OLIVER | But you said the other dude wasn't fuckin with it |
| 09/06/19 | VENABLE | Yea because they was big |
| 09/06/19 | OLIVER | What about the M tho |
| 09/06/19 | VENABLE | The M was cool the pills was big |
| 09/06/19 | OLIVER | Now the M not cool is what I'm saying |
| 09/06/19 | OLIVER | Some are some not |
| 09/06/19 | OLIVER | The shit keep Getting stuck |
| 09/06/19 | OLIVER | [image of pills] |

100. Through my knowledge of the investigation, OLIVER is further discussing manufacturing pills and having difficulties with the pill press and items getting "stuck."

101. On November 10, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
| --- | --- | --- |

| 11/10/19 | OLIVER | I'm in here with sparks lol |
| --- | --- | --- |
| 11/10/19 | OLIVER | Prolly about to leave in a second I don't feel good |
| 11/10/19 | OLIVER | When tye come I DNT want her to see him she prolly think he gonna tell [CS-1] but he not |
| 11/10/19 | OLIVER | I'm tryna make like 5k of them but I gotta get the other shit which will be like 3,000 |
| 11/10/19 | VENABLE | What other shit |
| 11/10/19 | OLIVER | To out with it |
| 11/10/19 | OLIVER | Put |
| 11/10/19 | VENABLE | So u can't make nomore |
| 11/10/19 | OLIVER | Yes just not 5k yet |
| 11/10/19 | VENABLE | Them lil 500 ain't shit girl |
| 11/10/19 | OLIVER | I know |
| 11/10/19 | OLIVER | That shit keep making me sick smh |
| 11/10/19 | VENABLE | Use mask and gloves |
| 11/10/19 | OLIVER | I do 2 mask |
| 11/10/19 | OLIVER | & gloves |
| 11/10/19 | OLIVER | Still sick smh |
| 11/10/19 | OLIVER | That shit different |

102. Through my knowledge of the investigation, OLIVER tells VENABLE she is trying to manufacture up to five thousand (5,000) pills at a time and she again refers to becoming ill due to exposure to fentanyl during the process.

103. On December 2 and 3, 2019, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
| --- | --- | --- |
| 12/02/19 | VENABLE | U check on [CS-1] |
| 12/02/19 | OLIVER | Ctfu he in the house |
| 12/02/19 | OLIVER | Your ass gonna have to starting giving me half of what I spend to |
| 12/02/19 | VENABLE | You want the money I got up here for you |
| 12/02/19 | VENABLE | You using the real one that u got far as size |
| 12/02/19 | OLIVER | Yea lol |
| 12/02/19 | OLIVER | Why they complaining about that to |

42

| 12/02/19 | VENABLE | No |
|---|---|---|
| 12/02/19 | OLIVER | These 1s way better |
| 12/02/19 | VENABLE | Let me see |
| 12/02/19 | OLIVER | Wayyyyy Harder no homo |
| 12/02/19 | OLIVER | You want me to come up there |
| 12/02/19 | VENABLE | Yea |
| 12/03/19 | OLIVER | His friend just annoyed tf out of me |
| 12/03/19 | OLIVER | I'm already not making a lot off this shit I be paying him & be paying for this other shit he had the nerve to act like he got a attitude |
| 12/03/19 | OLIVER | For some 10's this shit dumb af |
| 12/03/19 | OLIVER | Yea imma do this shit myself |
| 12/03/19 | VENABLE | So what he ask for more money |
| 12/03/19 | OLIVER | Nah he just dumb as shit |
| 12/03/19 | OLIVER | After I just spent 3k tryna do all this shit |
| 12/03/19 | OLIVER | This shit ain't even gonna make me my $ back I'm mad af right now |
| 12/03/19 | VENABLE | I'm on the way back there |
| 12/03/19 | VENABLE | Making money |
| 12/03/19 | VENABLE | You need to get ur ass to work |

104. Through my knowledge of the investigation, VENABLE asks OLIVER about checking on CS-1 and then agrees to bringing her money for pills that were "fronted" to her.

105. On January 14, 2020, VENABLE and OLIVER exchanged the following messages:

| DATE | FROM | MESSAGE |
|---|---|---|
| 01/14/20 | OLIVER | *[screenshot of Empire Market (empiremktxgjovhm.onion) Quick Search results for "Carfentanil" showing listings: Carfentanil powder 10g — Item # 100240 - Benzos / Powder - betterdeals (25), Buy Price USD 500.00 (0.059701 BTC), Views: 490 / Sales: 3, Quantity left: Unlimited; 1g Carfentanil/Carfentanyl - 95% Pure - Shipping Worldwide — Item # 144429 - Opioids / Fentanyl & RCs - magicmikel (0), Buy Price USD 380.00 (0.045373 BTC), Views: 28 / Sales: 0, Quantity left: Unlimited; Carfentanil powder 11g — Item # 132729 - Benzos / Powder - hennessy12 (4), Buy Price USD 500.00 (0.059701 BTC), Views: 68 / Sales: 1, Quantity left: Unlimited; Carfentanil Powder (99.9% purity) — Item # 139678 - Opioids / Fentanyl & RCs - drugsdotcom (1), Buy Price USD 20.00 (0.002398 BTC), Views: 173 / Sales: 1, Quantity left: Unlimited; CARFENTANIL POWDER(5 grams) — Item # 147811 - Benzos / Powder - zuara (0), Buy Price USD 300.00 (0.035821 BTC), Views: 1 / Sales: 0, Quantity left: Unlimited]* |
| 01/14/20 | VENABLE | What u think |
| 01/14/20 | OLIVER | Idk |
| 01/14/20 | OLIVER | I really don't wanna order this shit I think they on bs |
| 01/14/20 | OLIVER | But I mean we can try |
| 01/14/20 | OLIVER | Price went down a lil bit |
| 01/14/20 | VENABLE | Man Oder the shit |
| 01/14/20 | OLIVER | I already be spending enough $ |
| 01/14/20 | VENABLE | Which one u trying Oder |
| 01/14/20 | OLIVER | Prolly the last 1 he got the the quickest shipping |
| 01/14/20 | VENABLE | It don't say the purity |
| 01/14/20 | OLIVER | I wrote him to see |

44

| 01/14/20 | VENABLE | How long it takes |
| 01/14/20 | OLIVER | That 1 2 days |
| 01/14/20 | OLIVER | Others 6 days |
| 01/14/20 | OLIVER | The other ppl is 6 days |
| 01/14/20 | OLIVER | He still ain't call back I done told a couple ppl I was gonna have it |
| 01/14/20 | OLIVER | Now they blowing me up smh |

106. Through my knowledge of the investigation, OLIVER sent VENABLE an image of "dark web" advertisements for carfentanil. They also discuss the time frame of receiving a shipment and customers "blowing up" OLIVER to make purchases.

107. The following images were found stored in the VENABLE iCloud download on July 22, 2020:



| DATE | IMAGE |
| 07/22/20 | |
| 07/22/20 | |

108. Through my knowledge of the investigation, these images are consistent with pressed pills being manufactured.

109. The following image was found stored in the VENABLE iCloud download on August 3, 2020:



| DATE | IMAGE |
|---|---|
| 08/03/20 | |

110. Through my knowledge of the investigation, these images are consistent with pressed pills being manufactured.

111. The following image was found stored in the VENABLE iCloud download on September 3, 2020:

| DATE | IMAGE |
|---|---|