Date: 2/17/2022      Judge: Nachmanoff      Reporter: D. Salters
Time: 10:28 am   to  10:40 am

UNITED STATES of AMERICA
    Vs.

Ericka Oliver
Brandon Williams          1:21-cr-39
Defendant's Name         Case Number

Marvin Miller
Brett Lee
Lana Manitta          Rachael Roberts
Counsel for Defendant    Counsel for Government

Matter called for:
( ) Motions         ( ) Setting Trial Date    ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment     ( ) Appeal from USMC    ( ) Sentencing           ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.         ( ) Pre-Indictment Plea    (x) Other: Status

Defendants appeared:    (x) in person        ( ) failed to appear
                         (x) with Counsel    ( ) without counsel    ( ) through counsel

---

Case continued to 7/12/2022 at 9:00 am for: (x) Jury Trial   ( ) Bench Trial   ( ) Sentencing
- Time is excludable under the speedy trial act.
- Order to follow.

Defendant is:  (x) In Custody as to Williams    (x) On Bond as to Oliver

8/